IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-00725-RPM

THE QUIZNO'S MASTER, LLC,
a Colorado limited liability company, and
THE QUIZNO'S HOLDING COMPANY,
a Nevada corporation, as assignee of
and successor in interest to
THE QUIZNO'S CORPORATION,
a Colorado corporation,

               Plaintiffs,

v.

WESTCHESTER FIRE INSURANCE COMPANY,
a New York corporation, and
ROYAL INDEMNITY COMPANY,
a Delaware corporation,

               Defendants.

## ORDER EXTENDING DEADLINES

Pursuant to plaintiffs' Agreed-To Motion to Amend Scheduling Order, filed on August 5, 2005, it is

ORDERED that extensions are granted up to and including October 17, 2005, to designate all experts and provide opposing counsel with all information required by Fed.R.Civ.P. 26(a)(2); November 17, 2005, to designate all rebuttal experts and provide opposing counsel with all information required to be provided by Fed.R.Civ. P.

26(a)(2); and December 30, 2005, for the discovery cut-off.

Dated: August 8, 2005

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge