IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00725-RPM

THE QUIZNO'S MASTER, LLC,
a Colorado limited liability company, and
THE QUIZNO'S HOLDING COMPANY,
a Nevada corporation, as assignee of
and successor in interest to
THE QUIZNO'S CORPORATION,
a Colorado corporation,

        Plaintiffs,

v.

WESTCHESTER FIRE INSURANCE COMPANY,
a New York corporation, and
ROYAL INDEMNITY COMPANY,
a Delaware corporation,

        Defendants.

---

### ORDER EXTENDING DEADLINES

---

Pursuant to Defendant Westchester Fire Insurance Company's Amended Agreed-To Motion to Amend Scheduling Order, filed on November 15, 2005, it is

ORDERED that extensions are granted up to and including December 16, 2005, to designate all experts and provide opposing counsel with all information required by Fed.R.Civ.P. 26(a)(2) and March 1, 2006, for discovery cut-off.

Dated: November 16th, 2005

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge