**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-725-RPM-OES

THE QUIZNO'S MASTER LLC, a Colorado limited liability company and THE QUIZNO'S HOLDING COMPANY, a Nevada corporation, as assignee of and successor in interest to THE QUIZNO'S CORPORATION, a Colorado corporation,

    Plaintiffs,

v.

WESTCHESTER FIRE INSURANCE COMPANY, a New York corporation and ROYAL INDEMNITY COMPANY, a Delaware corporation,

    Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation for Dismissal and the file in this matter and being fully advised does hereby

ORDER that the above captioned action is hereby dismissed with prejudice, each party to bear their own costs, including attorneys' fees.

Dated this 22nd day of February , 2006.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch
                Senior District Judge